IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EILEEN E. SCHAFER,<br><br>                Plaintiff,<br><br>vs.<br><br>QWEST CORPORATION,<br><br>                Defendant. | **8:17CV9**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Kelly K. Brandon as counsel of record on behalf of Plaintiff Eileen E. Schafer (Filing No. 11), is granted.

2) On or before March 3, 2017, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) Kelly K. Brandon shall promptly mail a copy of this order to Plaintiff, and file a certificate of service stating the date and the manner of service, and the name and address served.

February 18, 2017.

                                                                                  BY THE COURT:

                                                                                   *s/ Cheryl R. Zwart*
                                                                                   United States Magistrate Judge